IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE LAMAR YOUNG, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 15-1654 |
| ) | |
| v. ) | Judge Nora Barry Fischer |
| ) | Chief Magistrate Judge Maureen P. Kelly |
| LT. FARLEY, COI GEPPERT, COI ) | |
| LAMONACA, and COI SENTZ ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

AND NOW, this 21st day of December, 2017, after Plaintiff Willie Lamar Young, Jr. ("Plaintiff") filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by Defendants Lt. Farley, COI Geppert, COI Lamonaca and COI Sentz, ECF No. 77, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge, ECF No. 95, and upon consideration of the Objections filed by Plaintiff, ECF No. 100, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment, ECF No. 77, is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order, a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

BY THE COURT:

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc: The Honorable Maureen P. Kelly, Chief United States Magistrate Judge

Willie Lamar Young, Jr.
AY 7252
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

All counsel of record via CM/ECF